IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JEREMY RODGERS,<br><br>     **Defendants.** | Criminal No.: **1:23-cr-00330-TNM-1**<br><br>DEFENDANT CONSENT TO APPEAR BY VIDEO CONFERENCE |

  Defendant Rodgers, by and through undersigned counsel, hereby moves and consents to proceed via Zoom video conference for the Status Conference hearing set for November 30th. This consent is provided freely and voluntarily and no threats or promises have been made to compel Defendant's consent. Counsel has conferred with United States and they do not object to this motion.

Dated: November 27, 2023

                        Respectfully Submitted,

*Jeremy Rodgers*
Jeremy Rodgers (Nov 27, 2023 19:35 EST)

27/11/2023

                        /s/ *John M. Pierce*
                         John M. Pierce
                       21550 Oxnard Street
                       3rd Floor, PMB #172
                      Woodland Hills, CA 91367
                         Tel: (213) 400-0725
                  Email: jpierce@johnpiercelaw.com

                         *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, November 27, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

<u>/s/ John M. Pierce</u>
John M. Pierce