UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 23-cr-330-TNM** |
| v. : | |
| **JEREMY RODGERS,,** : | |
| : | |
| **Defendant.** : | |

# MOTION TO WITHDRAW

Counsel for Defendant Jeremy Rodgers, John M. Pierce & Roger Roots, hereby

moves to withdraw from this case.

Mr. Rodgers has indicated that he is terminating the representation.

Thus, this is a mandatory withdrawal motion pursuant to the applicable ethical

rules.

In addition, while counsel continues to believe Rodgers is being wrongfully

convicted and is completely innocent of these charges, there have been and

continue to be issues regarding communication between counsel and Rodgers that

leads counsel to agree with Rodgers that a change in counsel is in his best interest.

Date: September 14, 2024

Respectfully Submitted,
*/s/ John M. Pierce*
John M. Pierce
John Pierce Law, P.C.
21550 Oxnard Street
3rd Floor, PMB #172
Woodlands, Hills, CA 91367
jpierce@johnpiercelaw.com
(662) 665– 1061
*Attorney for Defendant*

Respectfully Submitted,
*/s/ Roger I. Roots*
Roger I. Roots
John Pierce Law, P.C.
21550 Oxnard Street
3rd Floor, PMB #172
Woodlands, Hills, CA 91367
rroots@johnpiercelaw.com
(662) 665– 1061
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**
I hereby certify that I uploaded this document to the Court's electronic filing system, which thereby serves all parties.
*/s/ Roger I. Roots*
Roger I. Roots