UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 23-cr-00330-TNM |
| ) | |
| JEREMY RODGERS., ) | |
| ) | |
| Defendant ) | |
| ) | |

# DEFENDANT JEREMY RODGERS' MOTION TO SUBSTITUTE COUNSEL AND CONTINUE TRIAL

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

On September 12, 2024, an individual associated with undersigned counsel was first contacted by an individual representing John Pierce Law about the possibility of substituting in on behalf of Mr. Rodgers.  The reason provided was that Attorney Roots was not available for the trial scheduled to begin on September 30, and Mr. Rodgers was not comfortable with having Attorney Pierce handle his defense at trial.  Although Mr. Pierce and John Pierce Law have actively raised money from the public for the benefit of Mr. Rodgers, the request to have the undersigned counsel take over for purposes of trial did not include any offer to share in the funds that have previously been raised as compensation – John Pierce Law was seemingly going to keep all those funds.

The undersigned counsel declined the request.

On September 13, 2024, Mr. Rodgers contacted the individual associated with the undersigned counsel to personally request an opportunity to speak with the undersigned counsel about taking over his representation.  No significant additional details concerning Mr. Rodgers issues with John Pierce Law were provided beyond Mr. Roots unavailability and Mr. Rodgers lack of confidence in Mr. Pierce handling the case on his own.  Even though John Pierce Law had publicly raised funds for Mr. Rodgers defense costs through a legal defense fund, Mr. Rodgers indicated additional funds might be available.  It was believed that the money raised by John Pierce Law for Mr. Rodgers defense would be retained by John Pierce Law notwithstanding its inability to have the attorney Mr. Rodgers had worked with – Roger Roots – available to Mr. Rodgers for his trial.

On September 14, 2024, the undersigned counsel reviewed the criminal complaint affidavit and docket of Mr. Rodgers' case. That review caused the undersigned counsel to be concerned for Mr. Rodgers with regard to the upcoming trial set to begin on September 30, 2024. At that point, the undersigned counsel was not aware of the communication sent by Mr. Rodgers to the Court purporting to dismiss John Pierce Law as his attorney because of the breakdown in the relationship over the late disclosure that Attorney Roots would be unavailable for his trial. The undersigned counsel had no knowledge of the basis for the motion to continue the trial based on medical issues as noted in the docket entry dated September 12, 2024 – only that a motion had been filed and denied, which was the reason for the initial outreach to the undersigned counsel from John Pierce Law.

Later in the day on September 14, 2024, the undersigned counsel spoke with Mr. Rodgers by phone about his case and the status of his representation. The undersigned counsel told Mr. Rodgers he would be willing to come into the case as his attorney but only if the current trial date was continued by the Court, as it conflicted with other matters on my calendar. Undersigned counsel advised Mr. Rodgers that the alternative date suggested by the Court of December 9, 2024, was open on my calendar, but given that it was immediately prior to the holidays, a date in January would be preferable.

After inquiring about the status of Mr. Rodgers preparation for trial, the undersigned learned that Mr. Rodgers has never been given the video evidence in his case to review, he has only received some portion of the documentary discovery. Given this lack of preparedness, a continuance and exclusion of

time under the Speedy Trial Act would be necessary to give me the time to review the discovery and work with Mr. Rodgers to prepare his case for trial.

On that basis, undersigned counsel moves this Court to allow him to substitute in as counsel for Mr. Rodgers, to continue the trial date currently set for September 30, 2024, to no earlier than December 10, 2024, and to exclude time under the Speedy Trial Act from the date the of any order granting this motion until the new trial date set by the Court.

Dated: September 16, 2024            Respectfully submitted,

                                                                      /s/
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com