UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 23-cr-00330-TNM |
| ) | |
| JEREMY RODGERS., ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT JEREMY RODGERS' NOTICE OF WITHDRAW OF MOTIONS**

        William L. Shipley, Jr., Esq.
        PO Box 745
        Kailua, Hawaii 96734
        Tel: (808) 228-1341
        Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES Defendant Jeremy Rodgers, by and through his undersigned counsel of William L. Shipley, and files this Notice of Withdraw of Motions.

On March 1, 2023, prior counsel for Defendant Rodgers files several pretrial and motions *in limine.*

After review, undersigned has decided to withdraw motions at ECF Nos. 29, 30, 31, and 34 as undersigns believes they are without legal merit and a waste of judicial resources.

Dated: November 20, 2024        Respectfully submitted,

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com