UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 23-cr-00330-TNM |
| ) | |
| **JEREMY RODGERS.,** ) | |
| ) | |
|    **Defendant** ) | |
| ) | |

**DEFENDANT JEREMY RODGER'S MOTION FOR DEFENDANT AND COUNSEL TO APPEAR VIA VIDEOCONFERENCE FOR PRETRIAL CONFERENCE**

           William L. Shipley, Jr., Esq.
           PO Box 745
           Kailua, Hawaii 96734
           Tel: (808) 228-1341
           Email: 808Shipleylaw@gmail.com

           *Attorney for Defendant*

COMES NOW Defendant Jeremy Rodgers, by and through his undersigned counsel of record William L. Shipley, and hereby respectfully makes this motion to allow Defendant Rodgers and undersigned counsel to appear via video for the Pretrial Conference on November 22, 2024.

Currently, Defendant Rodgers is set for trial before this Court on December 9, 2024.

As this Court is aware undersigned counsel is located and based out of the states of Hawaii and California and must travel to the District of Columbia for personal appearances. Undersigned only travels to the district on an as-required basis.

It does not appear that there are any substantive motions that would require and argument on the merits to be resolved at the pretrial conference.

Based thereon, Defendant Rodgers requests this Court allow both Defendant Rodgers and undersigned counsel to appear via videoconference for the November 22, 2024, Pretrial Conference.  Defendant Rodgers will waive his right to a personal appearance on the record at the time of the Pretrial Conference.

Dated: November 20, 2024         Respectfully submitted,

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com